

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2018

No. 04-18-00043-CV

Lorie **WOOD**,
Appellant

v.

**GOLD TALON APARTMENTS**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2018CV00130
Honorable Walden Shelton, Judge Presiding

# O R D E R

Appellant's brief in this appeal was due April 4, 2018. Neither the brief nor a motion for extension of time has been filed. We **order** appellant to file, **by April 16, 2018**, the appellant's brief and a written response reasonably explaining appellant's failure to timely file the brief. If appellant fails to file a brief and the written response by the date ordered, we may dismiss this appeal. *See* TEX. R. APP. P. 38.8(a), 42.3(c).

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2018.

KEITH E. HOTTLE,
Clerk of Court